IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **JOHN ALFRED REGALADO** § | |
| § | |
| *Plaintiff,* § | |
| § | CIVIL ACTION NO. 6:17-CV-332 |
| § | RWS-JDL |
| v. § | |
| § | |
| **CHARLIE DANIELS ET AL.** § | |
| § | |
| *Defendants.* § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Before the Court is Plaintiff John Alfred Regalado's ("Plaintiff") Complaint filed on June 5, 2017. Docket No. 1. On June 22, 2017, Magistrate Judge John D. Love issued a Report and Recommendation that the above-captioned matter be dismissed with prejudice because Plaintiff has failed to plead a plausible claim for relief. Docket No. 4. The Magistrate Judge further found that Plaintiff has exhibited a consistent failure to file complaints with plausible claims for relief and prosecute his cases as ordered by the Court. *Id.* Plaintiff acknowledged receipt of the Court's Order on June 29, 2017 (Docket No. 5), but failed to file objections to the Magistrate Judge's Report and Recommendation by the prescribed deadline.

Having reviewed the record the Court agrees with the Magistrate Judge's findings. Therefore, the Court **ADOPTS** the Report and Recommendation of the United States Magistrate Judge (Docket No. 4) as the findings and conclusions of this Court. All of Plaintiff's claims are **DISMISSED WITH PREJUDICE.** In light of the frivolous nature of Plaintiff's filings, the Court **ORDERS** that Plaintiff be **SANCTIONED** in that he must be represented by a licensed attorney admitted to practice in this District before he may initiate any further proceedings in this

District. The Court further **ORDERS** that a copy of the Magistrate Judge's Report and Recommendation (Docket No. 4) and this Order be sent to the Administrator of the Three Strikes List for the Eastern District of Texas.

**SIGNED this 25th day of July, 2017.**

                                            ROBERT W. SCHROEDER III
                                            UNITED STATES DISTRICT JUDGE